429 A.2d 59

Commonwealth v. Lopez, Appellant.

 Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.